JEREMY J. GRAY (SBN 150075)
jgray@zuberlaw.com
**ZUBER LAWLER & DEL DUCA LLP**
777 S. Figueroa Street, 37th Floor
Los Angeles, California 90017
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Defendants
Vikki E. Paulson and
Crystal L. Christensen

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MICHAEL PAULSON, as the Executor or Statutory Executor of the Estate of Allen E. Paulson, and Individually;<br><br>JAMES D. PAULSON, as Statutory Executor of the Estate of Allen E. Paulson;<br><br>VIKKI E. PAULSON, as Statutory Executor of the Estate of Allen E. Paulson, as Trustee of the Allen E. Paulson Living Trust, and Individually;<br><br>CRYSTAL CHRISTENSEN, as Statutory Executor of the Estate of Allen E. Paulson, as Trustee of the Allen E. Paulson Living Trust, and Individually;<br><br>MADELEINE PICKENS, as Statutory Executor of the Estate of Allen E. Paulson, as Trustee of the Marital Trust created under the Allen E. Paulson Living Trust, as Trustee of the Madeleine Anne Paulson Separate Property Trust, and Individually;<br><br>Defendants. | CASE NO. 15CV2057 AJB NLS<br>[Assigned to Hon. Anthony J. Battaglia - Courtroom 3B]<br><br>**NOTICE OF ERRATA**<br><br>Date: January 21, 2016<br>Time: 2:00 P.M.<br>Place: Courtroom 3B<br>221 West Broadway<br>San Diego, California 92101<br><br>Complaint Filed: September 16, 2015 |

1856-1010 / 439070.1

15CV2057 AJB NLS
NOTICE OF ERRATA

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Vikki E. Paulson and Crystal L. Christensen hereby submit this Notice of Errata to Memorandum of Points and Authorities in Support of Motion to Dismiss Complaint (attached hereto as Ex. 1) as follows:

1. Page ii of the Table of Contents was inadvertently filed with handwritten notations, they have been removed and the case cites edited; and

2. Pages 3, 4 and 5 of the Memorandum were filed out of order and have been corrected.

Dated: December 17, 2015                    Respectfully submitted:

**ZUBER LAWLER & DEL DUCA LLP**
JEREMY J. GRAY


By: /s/ *Jeremy J. Gray*
Attorneys Defendants for Vikki E. Paulson and Crystal L. Christensen

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 777 S. Figueroa Street, 37th Floor, Los Angeles, California 90017 USA.

On December 17, 2015, I served true copies of the following document(s) described as **NOTICE OF ERRATA** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 17, 2015, at Los Angeles, California.

*/s/ Debbie J. Ellis*
Debbie J. Ellis

# SERVICE LIST
## United States of America v. John Michael Paulson, et al.
## Case No. 3:15-cv-02057-AJB-NLS

Andrew L. Sobotka
Moha P. Yepuri
U.S. Department of Justice
717 N. Harwood Street, Suite 400
Dallas, TX 75201
Tel: 880-9736/9767
Fax: 880-9741
Email: Andrew.L.Sobotka@usdoj.gov
       Moha.P.Yepuri@usdoj.gov
Attorneys for Plaintiff United States of America

Donald N. David
Akerman LLP
666 Fifth Avenue, 20th Floor
New York, NY 10103
Tel: 212-880-3800
Fax: 212-880-8965
Email: donald.david@akerman.com
Attorneys for Defendant Madeleine Pickens

Kevin N. Anderson
Fabian Vancott
601 South 10th Street
Suite 204
Las Vegas, NV 89101
Tel: 801-323-2225
Email: KAnderson@fabianvancott.com
Pro Hac Vice Attorney for Defendant John Michael Paulson

James D. Paulson
20600 Ventura Boulevard
#1632
Woodland Hills, CA 912264
Tel:
Fax: 818-438-4362
Email: jdpaulson_2000@yahoo.com
In Pro Per

Joshua R. Mandell
Akerman LLP
725 South Figueroa Street, 38th Floor
Los Angeles, CA 90017
Tel: 213-688-9500
Fax: 213-627-6342
Email: joshua.mandell@akerman.com
Attorneys for Defendant Madeleine Pickens

Glen A. Stankee
Jason Oletsky
Akerman LLP
350 East Las Olas Boulevard, Suite 1600
Ft. Lauderdale, Fl Suite 1600
Ft. Lauderdale, FL 33301
Tel: 954-463-2700
Fax: 954-463-2224
Email: glen.stankee@akerman.com
       jason.oletsky@akerman.com
Attorneys for Defendant Madeleine Pickens

Philip D. Dracht
Fabian Vancott
15 W. Carillo Street
San Barbara, CA 93101
Tel: 805-699-6139
Email: pdracht@drachtlaw.com
Attorney for Defendant John Michael Paulson