1  JEREMY J. GRAY (SBN 150075)
    jgray@zuberlaw.com
2  MICHELE M. DESOER (SBN 119667)
    mdesoer@zuberlaw.com
3  **ZUBER LAWLER & DEL DUCA LLP**
    777 S. Figueroa Street, 37th Floor
4  Los Angeles, California 90017
    Telephone: (213) 596-5620
5  Facsimile:  (213) 596-5621

6  Attorneys for Defendants and Cross-Defendants
    Vikki E. Paulson and
7  Crystal L Christensen

8                UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO. 15CV2057 AJB NLS |
| 12       Plaintiff, | |
| 13       v. | **NOTICE OF ERRATA RE EXHIBIT "M"** |
| 14  JOHN MICHAEL PAULSON, as the Executor or Statutory Executor of the Estate of Allen E. Paulson, and Individually; | |
| 16  JAMES D. PAULSON, as Statutory Executor of the Estate of Allen E. Paulson; | Date:  March 24, 2016<br>Time:  2:00 P.M.<br>Place: Courtroom 3 B<br>           221 West Broadway<br>           San Diego, California 92101 |
| 18  VIKKI E. PAULSON, as Statutory Executor of the Estate of Allen E. Paulson Living Trust, and Individually; | |
| 20  CRYSTAL CHRISTENSEN, as Statutory Executor of the Estate of Allen E. Paulson, as Trustee of the Allen E. Paulson Living Trust, and Individually; | |
| 22  MADELEINE PICKENS, as Statutory Executor of the Estate of Allen E. Paulson, as Trustee of the Marital Trust created under the Allen E. Paulson Living Trust, as Trustee of the Madeleine Anne Paulson Separate Property Trust, and Individually., Defendants. | |

| | |
|---|---|
| 1 | JOHN MICHAEL PAULSON, |
| 2 | Cross-Claimant, |
| 3 | v. |
| 4 | MADELEINE PICKENS individually, and as the Statutory Executor of the Estate of Allen |
| 5 | E. Paulson, as the Trustee of the Marital Living Trust, as the Trustee of the Madeleine |
| 6 | Anne Paulson Separate Property Trust; THE ESTATE OF ALLEN E. PAULSON; the |
| 7 | ALLEN E. PAULSON LIVING TRUST, |
| 8 | Cross-Defendant. |
| 9 | JOHN MICHAEL PAULSON, |
| 10 | Cross-Claimant, |
| 11 | v. |
| 12 | VIKKI E. PAULSON, individually, and as the Statutory Executor of the Estate of Allen E. |
| 13 | Paulson, as the Trustee of the Allen E. Paulson Living Trust; CRYSTAL CHRISTENSEN, |
| 14 | individually, and as the Statutory Executor of the Estate of Allen E. Paulson, as the Trustee |
| 15 | of the Allen E. Paulson Living Trust; THE ESTATE OF ALLEN E. PAULSON; the |
| 16 | ALLEN E. PAULSON LIVING TRUST,, |
| 17 | Cross-Defendants. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants and Cross-Defendants Vikki E. Paulson and Crystal L. Christensen hereby provide Notice of Errata regarding Exhibit "M" to the Request for Judicial Notice which was inadvertently filed and served with an Exhibit "L" face page, (attached hereto is Exhibit "M" with the correct Exhibit M face page).

Dated: February 8, 2016                    Respectfully submitted:

                                              **ZUBER LAWLER & DEL DUCA LLP**
                                              JEREMY J. GRAY
                                              MICHELE M. DESOER

                                     By: s/Michele M. Desoer
                                             Attorneys for Defendants and Cross-Defendants
                                             Vikki E. Paulson and Crystal L Christensen

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 777 S. Figueroa Street, 37th Floor, Los Angeles, California 90017 USA.

On February 8, 2016, I served true copies of the following document(s) described as **NOTICE OF ERRATA** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Zuber Lawler & Del Duca LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 8, 2016, at Los Angeles, California.

_Debbie J. Ellis_
Debbie J. Ellis

**SERVICE LIST**
United States of America v. John Michael Paulson, et al.
Case No. 3:15-cv-02057-AJB-NLS

| | |
|---|---|
| Andrew L. Sobotka<br>Moha P. Yepuri<br>U.S. Department of Justice<br>717 N. Harwood Street, Suite 400<br>Dallas, TX 75201<br>Tel: 880-9736/9767<br>Fax: 880-9741<br>Email: Andrew.L.Sobotka@usdoj.gov<br>　　　　 Moha.P.Yepuri@usdoj.gov<br>Attorneys for Plaintiff United States of America | Joshua R. Mandell<br>Akerman LLP<br>725 South Figueroa Street, 38th Floor<br>Los Angeles, CA 90017<br>Tel: 213-688-9500<br>Fax: 213-627-6342<br>Email: joshua.mandell@akerman.com<br>Attorneys for Defendant Madeleine Pickens |
| Donald N. David<br>Akerman LLP<br>666 Fifth Avenue, 20th Floor<br>New York, NY 10103<br>Tel: 212-880-3800<br>Fax: 212-880-8965<br>Email: donald.david@akerman.com<br>Attorneys for Defendant Madeleine Pickens | Glen A. Stankee<br>Jason Oletsky<br>Akerman LLP<br>350 East Las Olas Boulevard, Suite 1600<br>Ft. Lauderdale, FL Suite 1600<br>Ft. Lauderdale, FL 33301<br>Tel: 954-463-2700<br>Fax: 954-463-2224<br>Email: glen.stankee@akerman.com<br>　　　　 jason.oletsky@akerman.com<br>Attorneys for Defendant Madeleine Pickens |
| Kevin N. Anderson<br>Fabian Vancott<br>601 South 10th Street<br>Suite 204<br>Las Vegas, NV 89101<br>Tel: 801-323-2225<br>Email: KAnderson@fabianvancott.com<br>Pro Hac Vice Attorney for Defendant John Michael Paulson | Philip D. Dracht<br>Fabian Vancott<br>15 W. Carillo Street<br>San Barbara, CA 93101<br>Tel: 805-699-6139<br>Attorney for Defendant John Michael Paulson |
| James D. Paulson<br>20600 Ventura Boulevard<br>#1632<br>Woodland Hills, CA 912264<br>Tel:<br>Fax: 818-438-4362<br>Email: jdpaulson_2000@yahoo.com<br>In Pro Per<br>**VIA US MAIL ONLY** | |

1856-1010 449881 1