# EXHIBIT 8



# LOEB&LOEB LLP

A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

10100 SANTA MONICA BOULEVARD
SUITE 2200
LOS ANGELES, CA 90067-4164

TELEPHONE: 310.282.2000
FACSIMILE: 310.282.2192
www.loeb.com



Direct Dial: 310-282-2266
e-mail: jloeb@loeb.com

October 19, 2001

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Internal Revenue Service
5045 Butler Avenue
Fresno, California 93888

RECEIVED
665
OCT 23 2001
INTERNAL REVENUE SERVICE
FRESNO, CA

> Re: Estate of Allen E. Paulson, Deceased
> SSN: ████ 3044
> DOD: 7/19/2000
> Form 706

Dear Sir or Madam:

We represent J. Michael Paulson, Co-Executor of the Will of Allen E. Paulson, Deceased. Enclosed is Form 706, United States Estate (and Generation-Skipping Transfer) Tax Return, with attachments and enclosures, for Allen E. Paulson, Deceased, showing estate tax due in the amount of $3,752,754. Also enclosed are the following:

- Copy of federal Form 4768, Application for Extension of Time to File a Return and/or Pay U.S. Estate (and Generation-Skipping Transfer) Taxes, with an extension to file approved through October 19, 2001 and an extension to pay approved through April 19, 2002.

- Co-Executor's Section 6166 Election for Deferral of Federal Estate Tax

- Co-Executor's Request for Discharge from Personal Liability Pursuant to I.R.C. Section 2204

LOS ANGELES
NEW YORK
NASHVILLE

GOVERNMENT
EXHIBIT
8
JM PAULSN

DOJ-000114

Government
Exhibit
8

Exhibit 8 - Page 1

**LOEB&LOEB**LLP

Internal Revenue Service
October 19, 2001
Page 2

Please acknowledge receipt of the enclosures by date-stamping the extra copy of this letter and the first page of the Form 706 and returning them to us in the self-addressed, stamped envelope provided for your convenience.

Very truly yours,

Jeffrey M. Loeb
of Loeb & Loeb LLP

JML:kmp
20276610001
CC347262.1
Enclosures
cc:     J. Michael Paulson

DOJ-000115

Exhibit 8 - Page 2



# LOEB&LOEBLLP

A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

10100 SANTA MONICA BOULEVARD
SUITE 2200
LOS ANGELES, CA 90067-4164

TELEPHONE: 310.282.2000
FACSIMILE: 310.282.2192
www.loeb.com



Direct Dial: 310-282-2266
e-mail: jloeb@loeb.com

October 19, 2001

## VIA CERTIFIED MAIL
## RETURN RECEIPT REQUESTED

Internal Revenue Service
5045 Butler Avenue
Fresno, California 93888

RECEIVED
665

OCT 2 3 2001

INTERNAL REVENUE SERVICE
FRESNO, CA

> Re: Estate of Allen E. Paulson, Deceased
> SSN: 3044
> DOD: 7/19/2000
> Form 706

Dear Sir or Madam:

We represent J. Michael Paulson, Co-Executor of the Will of Allen E. Paulson, Deceased. Enclosed is Form 706, United States Estate (and Generation-Skipping Transfer) Tax Return, with attachments and enclosures, for Allen E. Paulson, Deceased, showing estate tax due in the amount of $3,752,754. Also enclosed are the following:

- Copy of federal Form 4768, Application for Extension of Time to File a Return and/or Pay U.S. Estate (and Generation-Skipping Transfer) Taxes, with an extension to file approved through October 19, 2001 and an extension to pay approved through April 19, 2002.

- Co-Executor's Section 6166 Election for Deferral of Federal Estate Tax

- Co-Executor's Request for Discharge from Personal Liability Pursuant to I.R.C. Section 2204

LOS ANGELES
NEW YORK
NASHVILLE

DOJ-000114

Exhibit 8 - Page 3

**LOEB&LOEBLLP**

Internal Revenue Service
October 19, 2001
Page 2

Please acknowledge receipt of the enclosures by date-stamping the extra copy
of this letter and the first page of the Form 706 and returning them to us in the self-
addressed, stamped envelope provided for your convenience.

Very truly yours,

Jeffrey M. Loeb
of Loeb & Loeb LLP

JML:kmp
20276610001
CC347262.1
Enclosures
cc:    J. Michael Paulson

DOJ-000115

Exhibit 8 - Page 4



# LOEB&LOEBLLP

A LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

10100 SANTA MONICA BOULEVARD
SUITE 2200
LOS ANGELES, CA 90067-4164

TELEPHONE: 310.282.2000
FACSIMILE: 310.282.2192
www.loeb.com



Direct Dial: 310-282-2266
e-mail: jloeb@loeb.com

October 19, 2001

### VIA CERTIFIED MAIL
### RETURN RECEIPT REQUESTED

Internal Revenue Service
5045 Butler Avenue
Fresno, California 93888

RECEIVED
665

OCT 23 2001

INTERNAL REVENUE SERVICE
FRESNO, CA

> Re: Estate of Allen E. Paulson, Deceased
> SSN: ████ 3044
> DOD: 7/19/2000
> Form 706

Dear Sir or Madam:

We represent J. Michael Paulson, Co-Executor of the Will of Allen E. Paulson, Deceased. Enclosed is Form 706, United States Estate (and Generation-Skipping Transfer) Tax Return, with attachments and enclosures, for Allen E. Paulson, Deceased, showing estate tax due in the amount of $3,752,754. Also enclosed are the following:

- Copy of federal Form 4768, Application for Extension of Time to File a Return and/or Pay U.S. Estate (and Generation-Skipping Transfer) Taxes, with an extension to file approved through October 19, 2001 and an extension to pay approved through April 19, 2002.

- Co-Executor's Section 6166 Election for Deferral of Federal Estate Tax

- Co-Executor's Request for Discharge from Personal Liability Pursuant to I.R.C. Section 2204

LOS ANGELES
NEW YORK
NASHVILLE

DOJ-000114

Exhibit 8 - Page 5

**LOEB&LOEBLLP**

Internal Revenue Service
October 19, 2001
Page 2

Please acknowledge receipt of the enclosures by date-stamping the extra copy
of this letter and the first page of the Form 706 and returning them to us in the self-
addressed, stamped envelope provided for your convenience.

Very truly yours,

Jeffrey M. Loeb
of Loeb & Loeb LLP

JML:kmp
2027661 0001
CC347262.1
Enclosures
cc:     J. Michael Paulson

DOJ-000115

Exhibit 8 - Page 6

ENVELOPE
OCT 2 0 2001
POSTMARK DATE

# J. MICHAEL PAULSON
### CO-EXECUTOR
## ESTATE OF ALLEN E. PAULSON, DECEASED
### 2250 E. TROPICANA #19-121
### LAS VEGAS, NV 89119

October 19, 2001

Internal Revenue Service
Fresno, California 93888

      Re:   Estate of Allen E. Paulson, Deceased
            SSN:     3044
            DOD: 7/19/2000
            Form 706
            Form 706 filed: October 19, 2001
            **REQUEST FOR DISCHARGE OF**
            **FIDUCIARIES FROM PERSONAL LIABILITY**

Dear Sir or Madam:

      I am a Co-Executor of the Will of Allen E. Paulson, Deceased. I recently filed Form 706, U.S. Estate Tax Return for the estate of Allen E. Paulson, deceased. Pursuant to Internal Revenue Code Section 2204, I hereby request that as soon a possible, and in any event within nine (9) months after the making of this application, the Secretary notify us of the amount of estate tax due and upon satisfaction of payment of said amount, discharge me from personal liability therefor.

      Please acknowledge receipt of the enclosures by date-stamping the extra copy of this letter and returning it to me in the self-addressed, stamped envelope provided for your convenience.

           Very truly yours,

           J. Michael Paulson, Co-Executor of the Will of
           Allen E. Paulson, Deceased

KMP.kp
20225610001
CC347271.1

Enclosures
cc:    Jeffrey M. Loeb, Esq.

RECEIVED
665

OCT 23 2001

INTERNAL REVENUE SERVICE
FRESNO, CA

DOJ-000116

Exhibit 8 - Page 7

Form **706**

(Rev. July 1999)

Department of the Treasury
Internal Revenue Service

**United States Estate (and Generation-Skipping Transfer) Tax Return**

Estate of a citizen or resident of the United States (see separate instructions).
To be filed for decedents dying after December 31, 1998.
For Paperwork Reduction Act Notice, see page 1 of the separate instructions.

OMB No. 1545-0015

| | |
|---|---|
| **1a** Decedent's first name and middle initial (and maiden name, if any)<br>ALLEN E. | **1b** Decedent's last name<br>PAULSON |
| **2** Decedent's SSN No.<br>3044 |

| | | | | |
|---|---|---|---|---|
| **3a** Legal residence (domicile) at time of death (county, state, and ZIP code, or foreign country)<br>SAN DIEGO COUNTY, CALIFORNIA | **3b** Year domicile established<br>1994 | **4** Date of birth<br>04/22/1922 | **5** Date of death<br>07/19/00 |

| | |
|---|---|
| **6a** Name of executor (see page 4 of the instructions)<br>J. MICHAEL PAULSON | **6b** Executor's address (number and street including apartment or suite no.; rural route; city, town, or post office; state; and ZIP code)<br>2250 E. TROPICANA, #19-121<br>LAS VEGAS, NV 89119 |

| | |
|---|---|
| **6c** Executor's social security number (see page 4 of the instructions)<br>7257 | |

| | |
|---|---|
| **7a** Name and location of court where will was probated or estate administered<br>SUPERIOR COURT OF CALIFORNIA, SAN DIEGO COUNTY - 220 WEST BROADWAY, 92101 | **7b** Case number<br>P 177 675 |

**8** If decedent died testate, check here ▶ |X| and attach a certified copy of the will.   **9** If Form 4768 is attached, check here ▶ |X|.

**10** If Schedule R-1 is attached, check here.. ▶ |

| | | | |
|---|---|---|---|
| 1 | Total gross estate less exclusion (from Part 5, Recapitulation, page 3, item 12) | **1** | 187,729,626.00 |
| 2 | Total allowable deductions (from Part 5, Recapitulation, page 3, item 23) | **2** | 178,495,454.00 |
| 3 | Taxable estate (subtract line 2 from line 1) | **3** | 9,234,172.00 |
| 4 | Adjusted taxable gifts (total taxable gifts (within the meaning of section 2503) made by the decedent after Dec. 31, 1976, other than gifts that are includible in decedent's gross estate (section 2001(b))) | **4** | 8,109,620.00 |
| 5 | Add lines 3 and 4 | **5** | 17,343,992.00 |
| 6 | Tentative tax on the amount on line 5 from Table A on page 12 of the instructions | **6** | 9,179,996.00 |

| | | | | | |
|---|---|---|---|---|---|
| 7a | If line 5 exceeds $10,000,000, enter lesser of line 5 or $17,184,000. If line 5 is $10,000,000 or less, skip lines 7a & 7b & enter -0- on line 7c | **7a** | 17,184,000.00 | | |
| b | Subtract $10,000,000 from line 7a | **7b** | 7,184,000.00 | | |
| c | Enter 5% (.05) of line 7b | | | **7c** | 359,200.00 |
| 8 | Total tentative tax (add lines 6 and 7c) | | | **8** | 9,539,196.00 |
| 9 | Total gift tax payable with respect to gifts made by the decedent after December 31, 1976. Include gift taxes by the decedent's spouse for such spouse's share of split gifts (section 2513) only if the decedent was the donor of these gifts and they are includible in the decedent's gross estate (see instructions) | | | **9** | 3,908,401.00 |
| 10 | Gross estate tax (subtract line 9 from line 8) | | | **10** | 5,630,795.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11 | Maximum unified credit (applicable credit amount) against estate tax | **11** | 220,550.00 | | |
| 12 | Adjustment to unified credit (applicable credit amount). (This adjustment may not exceed $6,000. See page 4 of the instructions.) | **12** | 0.00 | | |
| 13 | Allowable unified credit (applicable credit amount) (subtract line 12 from line 11) | | | **13** | 220,550.00 |
| 14 | Subtract line 13 from line 10 (but do not enter less than zero) | | | **14** | 5,410,245.00 |
| 15 | Credit for state death taxes. Do not enter more than line 14. Figure the credit by using the amount on line 3 less $60,000. See Table B in the instructions and attach credit evidence (see instructions) | | | **15** | 951,194.00 |
| 16 | Subtract line 15 from line 14 | | | **16** | 4,459,051.00 |

| | | | | | |
|---|---|---|---|---|---|
| 17 | Credit for Fed. gift taxes on pre-1977 gifts (sec. 2012) (attach computation) | **17** | 0.00 | | |
| 18 | Credit for foreign death taxes (from Schedule(s) P). (Attach Form(s) 706-CE.) | **18** | 0.00 | | |
| 19 | Credit for tax on prior transfers (from Schedule Q) | **19** | 0.00 | | |
| 20 | Total (add lines 17, 18, and 19) | | | **20** | 0.00 |
| 21 | Net estate tax (subtract line 20 from line 16) | | | **21** | 4,459,051.00 |
| 22 | Generation-skipping transfer taxes (from Schedule R, Part 2, line 10) | | | **22** | 0.00 |
| 23 | Total transfer taxes (add lines 21 and 22) | | | **23** | 4,459,051.00 |
| 24 | Prior payments. Explain in an attached statement | **24** | 706,296.00 | | |
| 25 | United States Treasury bonds redeemed in payment of estate tax | **25** | 0.00 | | |
| 26 | Total (add lines 24 and 25) | | | **26** | 706,296.00 |
| 27 | Balance due (or overpayment) (subtract line 26 from line 23). See Section 6166 Election | **27** | 3,752,755.00 | | |

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer other than the executor is based on all information of which preparer has any knowledge.

Signature(s) of executor(s) J. MICHAEL PAULSON, CO-EXECUTOR      Date 10-19-01

Signature of preparer other than executor      LOEB & LOEB LLP, 10100 SANTA MONICA BLVD., #2200
LOS ANGELES, CA 90067      Date 10-19-01
Address (and ZIP code)

CAA   9   70S1   N-F 22062F
Copyright 1996 Greatland/Nelco LP - Forms Software Only

DOJ-000117

Exhibit 8 - Page 8

**Estate of:** ALLEN E. PAULSON                                   6044

**Part 3 —** Elections by the Executor

Please check the "Yes" or "No" box for each question. (See instructions beginning on page 5.)

|  |  | Yes | No |
|---|---|---|---|
| 1 | Do you elect alternate valuation? | 1 | X |  |
| 2 | Do you elect special use valuation? |  | 2 |  | X |
|  | If "Yes," you must complete and attach Schedule A–1. |  |  |
| 3 | Do you elect to pay the taxes in installments as described in section 6166? | 3 | X |  |
|  | If "Yes," you must attach the additional information described on page 8 of the instructions. |  |  |
| 4 | Do you elect to postpone the part of the taxes attributable to a reversionary or remainder interest as described in section 6163? | 4 |  | X |

**Part 4 —** General Information (Note: Please attach the necessary supplemental documents. You must attach the death certificate.)
(See instructions on page 9.)

Authorization to receive confidential tax information under Regs. sec. 601.504(b)(2)(i); to act as the estate's representative before the IRS; and to make written or oral presentations on behalf of the estate if return prepared by an attorney, accountant, or enrolled agent for the executor:

| Name of representative (print or type) | State | Address (number, street, and room or suite no., city, state, and ZIP code) |
|---|---|---|
| JEFFREY M. LOEB | CALIF. | See Schedule attached |

I declare that I am the [X] attorney/ [ ] cert. public accountant/ [ ] enrolled agent (you must check applicable box) for the executor & prepared this return for the executor. I am not under suspension or disbarment from practice before the IRS and am qualified to practice in the state shown above.

| Signature | CAF number | Date | Telephone number |
|---|---|---|---|
|  | 142R | 10/19/01 | 310-282-2000 |

1   Death certificate number and issuing authority (attach a copy of the death certificate to this return).
A0519090, COUNTY OF SAN DIEGO - DEPARTMENT OF HEALTH SERVICES

2   Decedent's busn. or occupation. If retired, check here ► [ ]   and state decedent's former business or occupation.
INVESTMENTS, GAMING, OIL, AEROSPACE, HORSES

3   Marital status of the decedent at time of death:
[X] Married
[ ] Widow or widower — Name, SSN, and date of death of deceased spouse ►

[ ] Single
[ ] Legally separated
[ ] Divorced — Date divorce decree became final ►

| 4a  Surviving spouse's name | 4b  Social security number | 4c  Amount received (see page 9 of the instructions) |
|---|---|---|
| MADELEINE A. PAULSON |  | 9,917,923.00 |

5   Individuals (other than surviving spouse), trusts, or other estates who receive benefits from the estate (do not include charitable beneficiaries shown in Schedule O) (see Inst.). For Privacy Act Notice (applicable to individual beneficiaries only), see the Instructions for Form 1040.

| Name of individual, trust, or estate receiving $5,000 or more | Identifying number | Relationship to decedent | Amount (see inst.) |
|---|---|---|---|
| VIOLET PAULSON TRUST |  | SISTER-IN-LAW TRUST | 995,000.00 |
| ARTEMIS PAULSON TRUST |  | BROTHER'S TRUST | 985,000.00 |
| CHILDREN'S TRUST (specific gift) |  | TRUST | 2,000,000.00 |
| GRANDCHILDREN'S TRUST |  | TRUST | 1,170,000.00 |
| CRYSTAL PAULSON TRUST |  | GRANDAUGHTER'S TRUST | 1,400,000.00 |
| VERNA K. PAULSON |  | SISTER-IN-LAW | 95,000.00 |
| CAROLYN PAULSON ANDREWS |  | NIECE | 80,000.00 |
| BOYD PAULSON |  | NEPHEW | 80,000.00 |
| GEORGE PAULSON |  | NEPHEW | 80,000.00 |
| CHERYL PAULSON NICHOLSON |  | NIECE | 80,000.00 |
| CHILDREN'S TRUST (residuary gift) |  | TRUST | TO BE DETERMINED |

All unascertainable beneficiaries and those who receive less than $5,000 ................................... ►   0.00

Total ................................................................... 100% ALLOCATED

Please check the "Yes" or "No" box for each question.                                        Yes  No

6   Does the gross estate contain any section 2044 property (qualified terminable interest property (QTIP) from a prior gift or
estate) (see page 9 of the instructions)? ..................................................   X

(continued on next page)                                                                Page 2
CAA     9   70S2     NTF 22063A
Copyright 1995 Greatland/Nelco LP - Forms Software Only

## Part 4. — General Information (continued)

Please check the "Yes" or "No" box for each question.

| | | Yes | No |
|---|---|---|---|
| 7a | Have Federal gift tax returns ever been filed? ......................................... | X | |
| | If "Yes," please attach copies of the returns, if available, and furnish the following information | | |
| 7b | Period(s) covered          7c Internal Revenue office(s) where filed | | |
| | **See Schedule attached** | | |
| **If you answer "Yes" to any of questions 8–16, you must attach additional information as described in the Instructions.** | | | |
| 8a | Was there any insurance on the decedent's life that is not included on the return as part of the gross estate? ............... | | X |
| b | Did the decedent own any insurance on the life of another that is not included in the gross estate? ..................... | | X |
| 9 | Did the decedent at the time of death own any property as a joint tenant with right of survivorship in which (a) one or more of the other joint tenants was someone other than the decedent's spouse, and (b) less than the full value of the property is included on the return as part of the gross estate? If "Yes," you must complete and attach Schedule E ..................... | | X |
| 10 | Did the decedent, at the time of death, own any interest in a partnership or unincorporated business or any stock in an inactive or closely held corporation?.......................................................... | X | |
| 11 | Did the decedent make any transfer described in section 2035, 2036, 2037, or 2038 (see the instructions for Schedule G beginning on page 11 of the separate instructions)? If "Yes," you must complete and attach Schedule G................... | | X |
| 12 | Were there in existence at the time of the decedent's death: | | |
| a | Any trusts created by the decedent during his or her lifetime? ..................................... | X | |
| b | Any trusts not created by the decedent under which the decedent possessed any power, beneficial interest, or trusteeship? | | X |
| 13 | Did the decedent ever possess, exercise, or release any general power of appointment? If "Yes," you must complete and attach Schedule H ......... | | X |
| 14 | Was the marital deduction computed under transitional rule of Public Law 97-34, sec. 403(e)(3) (Economic Recovery Tax Act of 1981)? | | X |
| | If "Yes," attach a separate computation of the marital deduction, enter the amount on item 20 of the Recapitulation, and note on item 20 "computation attached." | | |
| 15 | Was the decedent, immediately before death, receiving an annuity described in the "General" paragraph of the instructions for Schedule I? If "Yes," you must complete and attach Schedule I..................................... | | X |
| 16 | Was the decedent ever the beneficiary of a trust for which a deduction was claimed by the estate of a pre-deceased spouse under section 2056(b)(7) and which is not reported on this return? If "Yes," attach an explanation ..................... | | X |

## Part 5. — Recapitulation

| Item no. | Gross estate | | Alternate value | Value at date of death |
|---|---|---|---|---|
| 1 | Schedule A — Real Estate............................... | 1 | 24,764,500.00 | 24,764,500.00 |
| 2 | Schedule B — Stocks and Bonds .......................... | 2 | 100,867,263.00 | 113,761,706.00 |
| 3 | Schedule C — Mortgages, Notes, and Cash ................. | 3 | 20,558,363.00 | 23,664,644.00 |
| 4 | Schedule D — Insurance on the Decedent's Life (attach Form(s) 712)......... | 4 | 0.00 | 0.00 |
| 5 | Schedule E — Jointly Owned Property (attach Form(s) 712 for life insurance)... | 5 | 0.00 | 0.00 |
| 6 | Schedule F — Other Miscellaneous Property (attach Form(s) 712 for life ins.)... | 6 | 41,539,500.00 | 31,243,494.00 |
| 7 | Schedule G — Transfers During Decedent's Life (att. Form(s) 712 for life ins.)... | 7 | 0.00 | 0.00 |
| 8 | Schedule H — Powers of Appointment ...................... | 8 | 0.00 | 0.00 |
| 9 | Schedule I — Annuities ................................. | 9 | 0.00 | 0.00 |
| 10 | Total gross estate (add items 1 through 9)........................... | 10 | 187,729,626.00 | 193,434,344.00 |
| 11 | Schedule U — Qualified Conservation Easement Exclusion................. | 11 | 0.00 | |
| 12 | Total gross estate less exclusion (subtract item 11 from item 10). Enter here and on line 1 of Part 2 — Tax Computation.................................. | 12 | 187,729,626.00 | 193,434,344.00 |

| Item no. | Deductions | | Amount |
|---|---|---|---|
| 13 | Schedule J — Funeral Expenses and Expenses Incurred in Administering Property Subject to Claims.... | 13 | 246,682.00 |
| 14 | Schedule K — Debts of the Decedent ...................................... | 14 | 106,209,019.00 |
| 15 | Schedule K — Mortgages and Liens ...................................... | 15 | 33,205,021.00 |
| 16 | Total of items 13 through 15........................................ | 16 | 139,660,722.00 |
| 17 | Allowable amount of deductions from item 16 (see the instructions for item 17 of the Recapitulation) ..... | 17 | 139,660,722.00 |
| 18 | Schedule L — Net Losses During Administration................................. | 18 | 0.00 |
| 19 | Schedule L — Expenses Incurred in Administering Property Not Subject to Claims.................. | 19 | 28,916,809.00 |
| 20 | Schedule M — Bequests, etc., to Surviving Spouse.............................. | 20 | 9,917,923.00 |
| 21 | Schedule O — Charitable, Public, and Similar Gifts and Bequests....................... | 21 | 0.00 |
| 22 | Schedule T — Qualified Family-Owned Business Interest Deduction....................... | 22 | 0.00 |
| 23 | Total allowable deductions (add items 17 through 22) Enter here and on line 2 of the Tax Computation . | 23 | 178,495,454.00 |

DOJ-000119

Exhibit 8 - Page 10

Estate of: ALLEN E. PAULSON

2044

## SCHEDULE A — Real Estate

- For jointly owned property that must be disclosed on Schedule E, see the instructions for Schedule E.
- Real estate that is part of a sole proprietorship should be shown on Schedule F.
- Real estate that is included in the gross estate under section 2035, 2036, 2037, or 2038 should be shown on Schedule G.
- Real estate that is included in the gross estate under section 2041 should be shown on Schedule H.
- If you elect section 2032A valuation, you must complete Schedule A and Schedule A-1.

| Item no. | Description | Alternate valuation date | Alternate value | Value at date of death |
|---|---|---|---|---|
| 1 | See Schedule attached | 1/19/01 | 24,764,500.00 | 24,764,500.00 |
| | Total from continuation schedules or additional sheets attached to this schedule . . . . . . . | | 0.00 | 0.00 |

TOTAL. (Also enter on Part 5, Recapitulation, page 3, at item 1.) . . . . . . . . . . . . . . . .   24,764,500.00 | 24,764,500.00
(If more space is needed, attach the continuation schedule from the end of this package or additional sheets of the same size.)
(See the instructions on page 5.)

Schedule A — Page 4

CAA    9   70SA1   - NTF 22'31
Copyright 1999 Greatland/Nelco L® – Forms Software Only

DOJ-000120

Exhibit 8 - Page 11

3046

The following person is authorized to receive confidential tax information, to act as the estate's representative before the Internal Revenue Service, and to make written or oral presentations on behalf of the estate:

JEFFREY M. LOEB
LOEB & LOEB LLP
10100 SANTA MONICA BLVD., #2200
LOS ANGELES, CA 90067
CAF:        142R
Telephone: 310-282-2000

DOJ-000121

Exhibit 8 - Page 12

## SCHEDULE A - REAL ESTATE

| | Description | Alternate Valuation Date | Alternate Value | | Value at Date of Death |
|---|---|---|---|---|---|
| 1 | Real property improved with a residence located at 14497 Emerald Lane, Rancho Santa Fe, CA 92067 and legally described as: Lot 68 - Map 12587 -Tract 4657 - San Diego County records APNs: 305-071-15 & 305-071-16 <br><br> *Appraisal attached as Exhibit 8* | 01/19/01 $ | 8,500,000 | $ | 8,500,000 |
| 2 | Real property improved with a residence located at 2614 Ocean Front, Del Mar, CA 92014-2030 and legally described as: Portion of Lot 27, Lot 6 - Map 7140 -North Strand - Lots 1-34 - San Diego County records APN: 299-065-06 <br><br> *Appraisal attached as Exhibit 9* | 01/19/01 $ | 3,500,000 | $ | 3,500,000 |
| 3 | Unimproved real property - 10.9 acre parcel of land located on the northeast corner of Beach Blvd. and Holly Street, Biloxi, Harrison County, Mississippi. Parcel nos. 1410J-02-004.000, 1410J-02-005.000 and 1410J-02-003.000. <br><br> *Appraisal attached as Exhibit 10* | 01/19/01 $ | 4,100,000 | $ | 4,100,000 |
| 4 | Unimproved real property located in Half Moon Bay, San Mateo County, California. APNs: 047-081-420 and 047-081-130 <br><br> *Appraisal and legal description attached as Exhibit 11* | 01/19/01 $ | 164,500 | $ | 164,500 |
| 5 | Improved real property with a residence and horse ranch located at 31257 Via Maria Elena, Bonsall, CA 92003-5408 and legally described as: Parcel Map 8023 & in E H Section 28-10-3W APN: 127-480-46; *Sold May, 2001* <br><br> *Appraisal attached as Exhibit 12* | 01/19/01 $ | 8,500,000 | $ | 8,500,000 |
| | | | $ 24,764,500 | $ | 24,764,500 |

DOJ-000122

Exhibit 8 - Page 13

## SCHEDULE B - STOCKS AND BONDS

| | Description | CUSIP | Unit Value | Alternate Valuation Date | Alternate Value | | Value at Date of Death |
|---|---|---|---|---|---|---|---|
| 1 a | 10,418,634 shares, CardioDynamics International Corporation (CDIC), common; NASDAQ; | 14159104 | 4.1462 | | | $ | 43,200,000 |
| | 10,000,225 shares, CardioDynamics International Corporation (CDIC), common; NASDAQ; Not disposed of within six (6) months of death. | 14159104 | 3.0809 | 01/19/01 | $ 30,810,000 | | |
| | *Appraisal attached as Exhibit 13* | | | | | | |
| b | 418,409 shares, CardioDynamics International Corporation (CDIC), common; NASDAQ; disposed of on July 28, 2000 upon redemption by Corporation agreed upon prior to Allen E. Paulson's death | 14159104 | 5.5900 | 07/28/00 | $ 2,338,906 | | |
| 2 | Options on 59,000 shares, CardioDynamics International Corporation (CDIC), common | | 3.7182 | - | | $ | 241,000 |
| | *Appraisal attached as Exhibit 13* | | | | | | |
| | Not disposed of within six (6) months of death. | | 2.2359 | 01/19/01 | $ 145,000 | | |
| 3 | 3,181,500 shares, Full House Resorts, Inc. (FHRI), common; NASDAQ; | 359678109 | 1.0850 | | | $ | 3,452,000 |
| | *Appraisal attached as Exhibit 14* | | | | | | |
| | Not disposed of within six (6) months of death. | | 0.4650 | 01/19/01 | $ 1,479,000 | | |

DOJ-000123

Exhibit 8 - Page 14

## SCHEDULE B - STOCKS AND BONDS

| | Description | CUSIP | Unit Value | Alternate Valuation Date | Alternate Value | | Value at Date of Death |
|---|---|---|---|---|---|---|---|
| 4 | 275,000 shares of Dallas Gold & Silver Exchange (DGSE), common; NASDAQ; | 235077104 | 5.9450 | | | $ | 1,635,000 |
| | *Appraisal attached as Exhibit 15* | | | | | | |
| | Not disposed of within six (6) months of death. | | 7.3800 | 01/19/01 | $ 2,030,000 | | |
| 5 | 100% shareholder's equity, common stock, Del Mar Country Club, Inc., a closely-held business, Rancho Santa Fe, California | | | | | $ | 27,000,000 |
| | *Appraisal attached as Exhibit 16* | | | | | | |
| | Not disposed of within six (6) months of death. | | | 01/19/01 | $ 26,700,000 | | |
| 6 | 100% shareholder's equity, common stock, Allen Leasing & Financial Corporation, a closely-held business, Rancho Santa Fe, California | | | | | $ | 27,672,000 |
| | *Appraisal attached as Exhibit 17* | | | | | | |
| | Allen Leasing & Financial Corporation was dissolved on December 18, 2000 and a liquidating distribution was made to its sole shareholder | | | 12/18/00 | $ 26,621,000 | | |
| | *See Year 2000 Federal Tax Return for Allen Leasing & Financial Corporation attached as part of Exhibit 70* | | | | | | |

DOJ-000124

Exhibit 8 - Page 15



ESTATE OF ALLEN E. PAULSON, DECEASED
SS# ████ 3044
DOD: 7/19/00
FORM 706

## SCHEDULE B - STOCKS AND BONDS

| | Description | CUSIP | Unit Value | Alternate Valuation Date | Alternate Value | Value at Date of Death |
|---|---|---|---|---|---|---|
| 7 | 100% shareholder's equity, common stock, Gold River Hotel & Casino Corporation dba River Palms Resort Casino, a closely-held business, Laughlin, Nevada. | | | | | $ 0 |
| | *Appraisal attached as Exhibit 18* | | | | | |
| | Not disposed of within six (6) months of death. | | | 01/19/01 | $ 0 | |
| 8 | 100% shareholder's equity, common stock, Carlo Corporation, a closely-held business, Biloxi, Mississippi | | | | | $ 0 |
| | *Appraisal attached as Exhibit 19* | | | | | |
| | Not disposed of within six (6) months of death. | | | 01/19/01 | $ 0 | |
| 9 | 6.306% shareholder's equity, common stock, La Quinta Golf Properties, Inc., a closely-held business, Palm Desert, California | | | | | $ 745,200 |
| | *Appraisal attached as Exhibit 20* | | | | | |
| | Not disposed of within six (6) months of death. | | | 01/19/01 | $ 786,800 | |
| 10 | 75% shareholder's equity, common stock, Del Mar Drilling Company, Inc., a closely-held business, Rancho Santa Fe, California | | | | | $ 0 |
| | *Statement of Value attached as Exhibit 21* | | | | | |
| | Not disposed of within six (6) months of death. | | | 01/19/01 | $ 0 | |

346401_5.xls

3

Schedule B

DOJ-000125

Exhibit 8 - Page 16

## SCHEDULE B - STOCKS AND BONDS

| | Description | CUSIP | Unit Value | Alternate Valuation Date | Alternate Value | Value at Date of Death |
|---|---|---|---|---|---|---|
| 11 | 100% shareholder's equity, common stock, Del Mar Country Club Estates, Inc., a closely-held business, Rancho Santa Fe, California | | | | | $ 8,604,091 |
| | *Statement of Value attached as Exhibit 22* | | | | | |
| | Not disposed of within six (6) months of death. | | | 01/19/01 | ·$ 8,744,142 | |
| 12 | 100% shareholder's equity, common stock, Petroleum Credit Corporation, a closely-held business, Rancho Santa Fe, California | | | | | $ 0 |
| | *Statement of Value attached as Exhibit 23* | | | | | |
| | Not disposed of within six (6) months of death. | | | 01/19/01 | $ 0 | |
| 13 | 100% shareholder's equity, common stock, R & E Gaming, a closely-held business, Rancho Santa Fe, California | | | | | $ 0 |
| | *Statement of Value attached as Exhibit 24* | | | | | |
| | Not disposed of within six (6) months of death. | | | 01/19/01 | $ 0 | |
| 14 | 100% shareholder's equity, common stock, Delta Plantation, a closely-held business, Rancho Santa Fe, California | | | | | $ 20,000 |
| | *Statement of Value attached as Exhibit 25* | | | | | |
| | Not disposed of within six (6) months of death. | | | 01/19/01 | $ 20,000 | |

346401_5.xls

4

Schedule B

DOJ-000126

Exhibit 8 - Page 17



ESTATE OF ALLEN E. PAULSON, DECEASED
SS# ████3044
DOD: 7/19/00
FORM 706

### SCHEDULE B - STOCKS AND BONDS

| | Description | CUSIP | Unit Value | Alternate Valuation Date | Alternate Value | Value at Date of Death |
|---|---|---|---|---|---|---|
| 15 | 100% shareholder's equity, common stock, Armenian American Exploration Company, a closely-held business, Rancho Santa Fe, California | | | | | $ 0 |
| | *Statement of Value attached as Exhibit 26* | | | | | |
| | Not disposed of within six (6) months of death. | | | 01/19/01 | $ 0 | |
| 16 | 50% shareholder's equity, common stock, IMP, Inc., a closely-held business, Rancho Santa Fe, California | | | | | $ 1,192,415 |
| | *Copy of Stock Purchase Agreement attached as Exhibit 27* | | | | | |
| | Sold on October 31, 2000 | | | 10/31/00 | $ 1,192,415 | |
| | | | | | $ 100,867,263 | $ 113,761,706 |

DOJ-000127

Exhibit 8 - Page 18

**Estate of:** ALLEN E. PAULSON

3044

# SCHEDULE C -- Mortgages, Notes, and Cash

(For jointly owned property that must be disclosed on Schedule E, see the instructions for Schedule E.)

| Item no. | Description | Alternate valuation date | Alternate value | Value at date of death |
|---|---|---|---|---|
| 1 | See Schedule attached | 1/19/01 | 20,558,363.00 | 23,664,644.00 |
| | | | | |
| | Total from continuation schedules (or additional sheets) attached to this schedule ...... | | 0.00 | 0.00 |
| | TOTAL (Also enter on Part 5, Recapitulation, page 3, at item 3.) ................... | | 20,558,363.00 | 23,664,644.00 |

(If more space is needed, attach the continuation schedule from the end of this package or additional sheets of the same size.)

(See the instructions on page 14.)

Schedule C -- Page 13

CAA    9  70SC1    NTF 22133
Copyright 1999 Greatland/Nelco LP – Forms Software Only

DOJ-000128

Exhibit 8 - Page 19

## SCHEDULE C - CASH, MORTGAGES, NOTES

| | Description | Alternate Valuation Date | | Alternate Value | | Value at Date of Death |
|---|---|---|---|---|---|---|
| 1 | City National Bank<br>400 N. Roxbury Dr.<br>Beverly Hills, CA 90210<br>Checking account 0212 | 01/19/01 | $ | 94,221 | $ | 94,221 |
| 2 | City National Bank<br>400 N. Roxbury Dr.<br>Beverly Hills, CA 90210<br>Checking account 7856 | 01/19/01 | $ | 1,586 | $ | 1,586 |
| 3 | City National Bank<br>400 N. Roxbury Dr.<br>Beverly Hills, CA 90210<br>Checking account 6820 | 01/19/01 | $ | 1,756 | $ | 1,756 |
| 4 | City National Bank<br>400 N. Roxbury Dr.<br>Beverly Hills, CA 90210<br>Money market account 2521 | 01/19/01 | $ | 179 | $ | 179 |
| 5 | City National Bank<br>400 N. Roxbury Dr.<br>Beverly Hills, CA 90210<br>Money market account 0951 | 01/19/01 | $ | 5,009,608 | $ | 5,009,608 |
| | accrued interest (7/1/00 - DOD) | | $ | 11,640 | $ | 11,640 |
| 6 | City National Bank<br>400 N. Roxbury Dr.<br>Beverly Hills, CA 90210<br>Checking account 7694 | 01/19/01 | $ | 1,570 | $ | 1,570 |
| 7 | United Bank & Trust Co.<br>100 United Dr.<br>Versailles, KY 40383<br>Checking account 7118 | 01/19/01 | $ | 847 | $ | 847 |
| 8 | City National Bank<br>400 N. Roxbury Dr.<br>Beverly Hills, CA 90210<br>Checking account 7716 | 01/19/01 | $ | 6,732 | $ | 6,732 |

346401_5.xls

1

Schedule C

DOJ-000129

Exhibit 8 - Page 20



ESTATE OF ALLEN E. PAULSON, DECEASED
SS# ███ 3044
DOD: 7/19/00
FORM 706

## SCHEDULE C - CASH, MORTGAGES, NOTES

| | Description | Alternate Valuation Date | Alternate Value | Value at Date of Death |
|---|---|---|---|---|
| 9 | City National Bank<br>400 N. Roxbury Dr.<br>Beverly Hills, CA 90210<br>Checking account ███ 5545 | 01/19/01 | $ 1,725 | $ 1,725 |
| 10 | City National Bank<br>400 N. Roxbury Dr.<br>Beverly Hills, CA 90210<br>Checking account ███ 7708 | 01/19/01 | $ 2,626 | $ 2,626 |
| 11 | Bank One, Kentucky, N.A.<br>7610 W. Washington Street<br>Indianapolois, IN 46231-000<br>Market Index account ███ 7621 | 01/19/01 | $ 1,777,498 | $ 1,777,498 |
| | accrued interest (7/1/00 - DOD) | | $ 5,584 | $ 5,584 |
| 12 | Bank One, Kentucky, N.A.<br>7610 W. Washington Street<br>Indianapolois, IN 46231-000<br>Market Index account ███ 7928 | 01/19/01 | $ 44,638 | $ 44,638 |
| 13 | Bank One, Kentucky, N.A.<br>7610 W. Washington Street<br>Indianapolois, IN 46231-000<br>Market Index account ███ 0947 | 01/19/01 | $ 374,238 | $ 374,238 |
| | accrued interest (7/1/00 - DOD) | | $ 1,125 | $ 1,125 |
| 14 | Note receivable from SBP Software Solutions,<br>dated September, 1999, 6% annual interest;<br>interest and principal due on demand | 01/19/01 | $ 75,000 | $ 75,000 |
| | accrued interest (9/16/99 - DOD) | | $ 3,750 | $ 3,750 |
| 15 | Note receivable from Violet Paulson, dated 1996,<br>8% interest compounded monthly | 01/19/01 | $ 65,670 | $ 65,670 |
| | accrued interest (10/17/96 - DOD) | | $ 22,945 | $ 22,945 |

DOJ-000130

Exhibit 8 - Page 21

## SCHEDULE C - CASH, MORTGAGES, NOTES

| | Description | Alternate Valuation Date | Alternate Value | | Value at Date of Death |
|---|---|---|---|---|---|
| 16 | Note receivable from CardioDynamics International Corporation, 10% interest due monthly; note due 9/30/2000 | 01/19/01 | | $ | 850,000 |
| | accrued interest (7/1/00 - DOD) | | | $ | 4,425 |
| | Payment received upon due date (9/30/00) | 09/30/00 | $ 854,425 | | |
| 17 | Note receivable from Del Mar Drilling Company, Inc., closely-held corporation, 100% owned by Decedent. Amount equal to estimted value of corporate assets remaining after satisfaction of all third-party debts, reduced by estimated costs of disposition (5% of net asset value) | 01/19/01 | $ 6,565,000 | $ | 6,810,781 |
| | See *Statement of Value attached as Exhibit 21* | | | | |
| 18 | Note receivable from Armenian American Exploration Corporation, closely-held corporation, 75% owned by Decedent. Amount equal to estimated value of corporate assets remaining after satisfaction of all third-party debts | 01/19/01 | $ 0 | $ | 0 |
| | See *Statement of Value attached as Exhibit 26* | | | | |
| 19 | Note receivable from Delta Plantation, Inc., closely-held corporation, 100% owned by Decedent. Amount equal to estimated value of claim by corporation for recovery of disputed sum. | 01/19/01 | $ 65,000 | $ | 65,000 |
| | See *Statement of Value attached as Exhibit 25* | | | | |
| 20 | Note receivable from R & E Gaming, Inc., closely-held corporation, 100% owned by Decedent. Amount equal to estimated value of corporate assets remaining assets after satisfaction of all third party claims and obligations and expenses of recovery of disputed sum. | 01/19/01 | $ 0 | $ | 0 |
| | See *Statement of Value attached as Exhibit 24* | | | | |

DOJ-000131

Exhibit 8 - Page 22

ESTATE OF ALLEN E. PAULSON, DECEASED
SS# ▮▮▮▮3044
DOD: 7/19/00
FORM 706

## SCHEDULE C - CASH, MORTGAGES, NOTES

| | Description | Alternate Valuation Date | Alternate Value | Value at Date of Death |
|---|---|---|---|---|
| 21 | Note receivable from Carlo Corporation, closely-held corporation, 100% owned by Decedent. Amount equal to estimated value of corporate assets available to satsify amount due on note, reduced by estimated costs of disposition of assets (5%). | 01/19/01 | $ 2,771,000 | $ 4,531,500 |
| | See *Appraisal of Carlo Corporation attached as Exhibit 19* | | | |
| 22 | Note receivable from Petroleum Credit Corporation, closely-held corporation, 100% owned by Decedent. Amount equal to estimated value of corporate assets available to satisfy amount due on note. | 01/19/01 | $ 0 | $ 0 |
| | See *Statement of Value attached as Exhibit 23* | | | |
| 23 | Claim against Morgens, Waterfall, Vintadis & Co., Inc., Jefferies & Co., Inc., Full House Resorts, Inc., Keyport Life Insurance Co., and SunAmerica Life Insurance Co. for recovery of amounts paid in effort to acquire hotel properties in Las Vegas, Nevada | 01/19/01 | $ 2,500,000 | $ 2,500,000 |
| | See *Statement of Value attached as Exhibit 28* | | | |
| 24 | Note receivable from Gold River Casino, closely-held corporation, 100% owned by Decedent. Amount equal to estimated value of corporate assets available to satisfy amount due on note. | 01/19/01 | $ 300,000 | $ 1,400,000 |
| | See *Appraisal attached as Exhibit 29* | | | |
| | | | $ 20,558,363 | $ 23,664,644 |

4

Schedule C

DOJ-000132

Exhibit 8 - Page 23

**Estate of:** ALLEN E. PAULSON 3044

## SCHEDULE F — Other Miscellaneous Property Not Reportable Under Any Other Schedule
(For jointly owned property that must be disclosed on Schedule E, see the instructions for Schedule E.)
(If you elect section 2032A valuation, you must complete Schedule F and Schedule A-1.)

| | | Yes | No |
|---|---|---|---|
| 1 | Did the decedent at the time of death own any articles of artistic or collectible value in excess of $3,000 or any collections whose artistic or collectible value combined at date of death exceeded $10,000? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . If "Yes," submit full details on this schedule and attach appraisals. | X | |
| 2 | Has the decedent's estate, spouse, or any other person, received (or will receive) any bonus or award as a result of the decedent's employment or death? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . If "Yes," submit full details on this schedule. | | X |
| 3 | Did the decedent at the time of death have, or have access to, a safe deposit box? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . If "Yes," state location, and if held in joint names of decedent and another, state name and relationship of joint depositor. | | |

If any of the contents of the safe deposit box are omitted from the schedules in this return, explain fully why omitted.

| Item no. | Description<br>For securities, give CUSIP number. | Alternate valuation date | Alternate value | Value at date of death |
|---|---|---|---|---|
| 1 | See Schedule attached | 1/19/01 | 41,539,500.00 | 31,243,494.00 |
| | Total from continuation schedules (or additional sheets) attached to this schedule . . . . . . | | 0.00 | 0.00 |
| | **TOTAL.** (Also enter on Part 5, Recapitulation, page 3, at item 6.) . . . . . . . . . . . . . . . . . . | | 41,539,500.00 | 31,243,494.00 |

(If more space is needed, attach the continuation schedule from the end of this package or additional sheets of the same size.)
(See the instructions on Page 20.)

CAA    9 70SF1    NTF 22136

Copyright 1999 Greatland/Nelco LP - Forms Software Only

Schedule F — Page 19

DOJ-000133

Exhibit 8 - Page 24

### SCHEDULE F - MISCELLANEOUS

| | Description | Alternate Valuation Date | Alternate Value | Value at Date of Death |
|---|---|---|---|---|
| 1 | La Quinta Golf Club membership #F0023 | 1/19/01 | $ 201,283 | $ 201,283 |
| | *Sold following alternate valuation date to La Quinta Golf Club per membership agreement* | | | |
| 2 | 31.67% interest in Airdial Co., LLC | 1/19/01 | $ 152,019 | $ 152,019 |
| | *Liquidating Distribution received post-death. See Statement of Value attached as Exhibit 30* | | | |
| 3 | 77.11% interest in CardioDynamics Holdings, LLC, a limited liability company which owns 103,764 shares of CardioDynamics International Corp. | 1/19/01 | $ 246,513 | $ 331,747 |
| | *See Statement of Value of CardioDynamics International Corp. attached as Exhibit 31* | | | |
| 4 | Tangible Personal Property - Emerald Lane residence | | | |
| | a Furniture & Furnishings | 1/19/01 | $ 644,425 | $ 644,425 |
| | b Paintings & Pictures | 1/19/01 | $ 1,076,700 | $ 1,076,700 |
| | c Silver | 1/19/01 | $ 253,095 | $ 253,095 |
| | d Antiquities | 1/19/01 | $ 812,500 | $ 812,500 |
| | e Pool House/Cabana | 1/19/01 | $ 8,875 | $ 8,875 |
| | f Garden Statuary | 1/19/01 | $ 85,950 | $ 85,950 |
| | *Appraisal attached as Exhibit 32* | | | |
| 5 | Tangible Personal Property - Emerald Lane storage facility | | | |
| | a Furniture & Furnishings | 1/19/01 | $ 241,850 | $ 241,850 |
| | b Antiquities | 1/19/01 | $ 300,000 | $ 300,000 |
| | *Appraisal attached as Exhibit 32* | | | |
| 6 | Tangible Personal Property - Del Mar beach house | | | |
| | a Furniture & Furnishings | 1/19/01 | $ 3,275 | $ 3,275 |
| | *Appraisal attached as Exhibit 32* | | | |

Exhibit 8 - Page 25

## SCHEDULE F - MISCELLANEOUS

| Description | Alternate Valuation Date | Alternate Value | Value at Date of Death |
|---|---|---|---|
| 7 Tangible personal property - Bonsall property | | | |
| a Furniture & Furnishings | 1/19/2001 | $ 120,625 | $ 120,625 |
| b Paintings | 1/19/2001 | $ 22,000 | $ 22,000 |
| c Antiquities | 1/19/2001 | $ 732,000 | $ 732,000 |
| *Appraisal attached as Exhibit 32* | | | |
| 8 Tangible personal property - Outside Location (not owned by Decedent) | | | |
| a Antiquities | 1/19/2001 | $ 117,000 | $ 117,000 |
| *Appraisal attached as Exhibit 32* | | | |
| 9 Horses | 1/19/2001 | $ 35,446,290 | $ 25,065,050 |
| *Appraisal attached as Exhibit 33* | | | |
| 10 Claim for recovery of horses, cash, and items of tangible personal property from Madeleine Paulson | 1/19/2001 | $ 100 | $ 100 |
| 11 United States Patent Number 6,010,093, High Altitude Airship System, dated January 4, 2000, Allen E. Paulson, Inventor | 1/19/2001 | $ 0 | $ 0 |
| *Appraisal attached as Exhibit 34* | | | |
| 12 Claim for recovery of deposit on the purchase of a yacht held in escrow account in the name of Sand Piper Yachts | 1/19/2001 | $ 1,075,000 | $ 1,075,000 |
| | | $ 41,539,500 | $ 31,243,494 |

Estate of: ALLEN E. PAULSON                                     BC44

## SCHEDULE G — Transfers During Decedent's Life
(if you elect section 2032A valuation, you must complete Schedule G and Schedule A-1.)

| Item no. | Description<br>For securities, give CUSIP number. | Alternate valuation date | Alternate value | Value at date of death |
|---|---|---|---|---|
| A. | Gift tax paid by the decedent or the estate for all gifts made by the decedent or his or her spouse within 3 years before the decedent's death (section 2035(b)).......... .............. | X X X X | 0.00 | 0.00 |
| B. | Transfers includible under section 2035(a), 2036, 2037, or 2038: | | | |
| 1 | See Schedule attached | 1/19/01 | | |
| | Total from continuation schedules (or additional sheets) attached to this schedule .... | | 0.00 | 0.00 |
| | TOTAL. (Also enter on Part 5, Recapitulation, page 3, at Item 7.) ................ | | 0.00 | 0.00 |

## SCHEDULE H — Powers of Appointment
(Include "5 and 5 lapsing" powers (section 2041(b)(2)) held by the decedent.)
(If you elect section 2032A valuation, you must complete Schedule H and Schedule A-1.)

| Item no. | Description | Alternate valuation date | Alternate value | Value at date of death |
|---|---|---|---|---|
| | None | | | |
| | Total from continuation schedules (or additional sheets) attached to this schedule .... | | 0.00 | 0.00 |
| | TOTAL. (Also enter on Part 5, Recapitulation, page 3, at Item 8.) ................ | | 0.00 | 0.00 |

(If more space is needed, attach the continuation schedule from the end of this package or additional sheets of the same size.)
(The Instructions to Schedules G and H are in the separate instructions.)                     **Schedules G and H — Page 21**

CAA     9  70SG1    NTF 22137
Copyright 1999 Greatland/Nelco LP - Forms Software Only

DOJ-000136

Exhibit 8 - Page 27

## SCHEDULE G - TRANSFERS DURING LIFE

1

The Allen E. Paulson Living Trust established by
Declaration of Trust dated December 23, 1986,
was amended and completely restated January 28,
2000. Amendments thereto were executed on
March 21, 2000, June 6, 2000 and June 14, 2000.
An Order Construing Trust and Determining
Validity of Trust Provision was entered in Superior
Court of California, San Diego County, in trust
proceeding PN 24815 dated September 22, 2000.
During Allen Paulson's lifetime, he served as
Trustee. After his death, John Michael Paulson
and Edward White served as Co-Trustees.
Subsequently, Edward White resigned and
Nicholas Diaco was appointed Successor Trustee
to serve with John Michael Paulson Successor
Trustee. The Trust's taxpayer identification
number is      918. A copy of the Amended
and Restated Allen E. Paulson Living Trust, each
of the three amendments, and the aforesaid court
Order, are attached as Exhibit 35.

All assets reported on this return are assets of the
above-described Allen E. Paulson Living Trust,
except for Item 7 on Schedule B, 100%
shareholder's equity in Gold River Hotel & Casino
Corporation, which is an asset of the decedent's
probate estate. For convenience purposes, the
assets are reported on the corresponding separate
schedule of this return.

DOJ-000137

Exhibit 8 - Page 28



STATE OF ALLEN E. PAULSON, DECEASED
SS# [REDACTED]3044
DOD: 7/19/00
FORM 706

### SCHEDULE J - FUNERAL EXPENSES
### EXPENSES INCURRED IN ADMINISTERING
### PROPERTY SUBJECT TO CLAIMS

| | Description | | Total Expense |
|---|---|---|---|
| 1 | Funeral Expenses | | |
| a | Helinet Aviation Services | $ 5,047 | |
| b | Lion in the Sun | $ 2,236 | |
| c | Helinet Aviation Services | $ 6,208 | |
| d | Clay Lacy Aviation | $ 5,146 | |
| e | LJL Transportation Inc. | $ 660 | |
| f | Del Mar Country Club | $ 119,016 | |
| g | J. Michael Paulson - reimbursement (8/31/00) | $ 101,769 | |
| h | Brener Zwikel & Associate | $ 2,500 | |
| I | J. Michael Paulson - reimbursement (11/30/00) | $ 4,100 | |
| | | | $ 246,682 |

Exhibit 8 - Page 29

Form 706 (Rev. 7–99)

3044

## SCHEDULE J — Funeral Expenses and Expenses Incurred in Administering Property Subject to Claims

Note: Do not list on this schedule expenses of administering property not subject to claims. For those expenses, see instructions for Schedule L.

If executors' commissions, attorney fees, etc., are claimed and allowed as a deduction for estate tax purposes, they are not allowable as a deduction in computing the taxable income of the estate for Federal income tax purposes. They are allowable as an income tax deduction on Form 1041 if a waiver is filed to waive the deduction on Form 706 (see the Form 1041 instructions).

| Item no. | Description | Expense amount | Total amount |
|---|---|---|---|
| | **A. Funeral expenses:** | | |
| 1 | See Schedule attached | 246,682.00 | |
| | Total funeral expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | 246,682.00 |
| | **B. Administration expenses:** | | |
| 1 | Executors' commissions — amount estimated/agreed upon/paid. (Strike out the words that do not apply.) . . . . . | | |
| 2 | Attorney fees — amount estimated/agreed upon/paid. (Strike out the words that do not apply.) . . . . . . . . . . . . . | | |
| 3 | Accountant fees — amount estimated/agreed upon/paid. (Strike out the words that do not apply.) . . . . . . . . . . | | |
| 4 | Miscellaneous expenses: | Expense amount | |
| | None | | |
| | Total miscellaneous expenses from continuation schedules (or additional sheets) attached to this schedule . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 | |
| | Total miscellaneous expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | 0.00 |
| | **TOTAL.** (Also enter on Part 5, Recapitulation, page 3, at item 13.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | 246,682.00 |

(If more space is needed, attach the continuation schedule from the end of this package or additional sheets of the same size.)

(See the instructions on page 24.)

Schedule J — Page 23

CAA    9  70SJ1    N°F 22074A
Copyright ·1999 Greatland/Nelco LP – Forms Software Only

DOJ-000139

Exhibit 8 - Page 30

Estate of: ALLEN E. PAULSIN     3044

## SCHEDULE K — Debts of the Decedent, and Mortgages and Liens

| Item no. | Debts of the Decedent — Creditor and nature of claim, and allowable death taxes | Amount unpaid to date | Amount in contest | Amount claimed as a deduction |
|---|---|---|---|---|
| 1 | See Schedule attached | 112,200,438.00 | 0.00 | 106,209,019.00 |
| | Total from continuation schedules (or additional sheets) attached to this schedule........................... | | | 0.00 |
| | **TOTAL.** (Also enter on Part 5, Recapitulation, page 3, at item 14.)..................................... | | | 106,209,019.00 |

| Item no. | Mortgages and Liens — Description | Amount |
|---|---|---|
| 1 | See Schedule attached | 33,205,021.00 |
| | Total from continuation schedules (or additional sheets) attached to this schedule........................... | 0.00 |
| | **TOTAL.** (Also enter on Part 5, Recapitulation, page 3, at item 15.)..................................... | 33,205,021.00 |

(If more space is needed, attach the continuation schedule from the end of this package or additional sheets of the same size.)
(The instructions to Schedule K are in the separate instructions.)

CAA   9   70SK1    NTF 22075
Copyright 1999 Greatland/Nelco LP – Forms Software Only

Schedule K — Page 25

DOJ-000140

Exhibit 8 - Page 31

## SCHEDULE K-1
## DEBTS OF DECEDENT

| | Description | | Date of Death Value |
|---|---|---|---|
| 1 | Tracinda Corporation, a Nevada Corporation<br>150 South Rodeo Drive, Suite 250<br>Beverly Hills, CA 90212<br>Principal loan amount of $3,500,000;<br>interest at 5.5% | $ | 3,500,000 |
| | *Copy of Creditor's Claim filed 11/15/00 attached as Exhibit 36* | | |
| | Accrued interest | $ | 325,191 |
| 2 | Internal Revenue Service - Year 2000 Personal Income Taxes<br>*Copy of Form 1040 attached as Exhibit 37* | $ | 308,623 |
| 3 | California Franchise Tax Board - Year 2000 Personal Income<br>Taxes<br>*Copy of Form 540 attached as Exhibit 38* | $ | 111,103 |
| 4 | Additional Tax Due California Franchise Tax Board for 1992 Tax<br>Year pursuant to Notice of Proposed Assessment dated November<br>30, 1998 | $ | 1,119,470 |
| | *Notice of Proposed Assessment & Statement of Value attached as Exhibit 39* | | |
| | Accrued Interest (estimate through October 19, 2001) | $ | 1,118,510 |
| | Accuracy-Related Penalty (estimate through October 19, 2001) | $ | 279,868 |
| 5 | Claim for repayment of loans made to Armenian American<br>Exploration Company brought against Allen Paulson individually on<br>behalf of its creditors in bankruptcy proceedings; Reported amount<br>equals amount paid to resolve claims pursuant to plan of<br>reorganization in bankruptcy case | $ | 1,750,000 |
| | *Copy of Creditor's Claim filed 12/28/00 attached as Exhibit 40. See<br>also Statement of Value attached as Exhibit 26.* | | |
| 6 | Personal guarantee by Decedent of refund due from Del Mar<br>Country Club to individual member (Roger Miller) | $ | 90,000 |

DOJ-000141

Schedule K-1

Exhibit 8 - Page 32



**ESTATE OF ALLEN E. PAULSON, DECEASED**
SS# ████ 3044
DOD: 7/19/00
FORM 706

### SCHEDULE K-1
### DEBTS OF DECEDENT

| | Description | | Date of Death Value |
|---|---|---|---|
| 7 | Clay Lacy Aviation<br>7435 Valjean Avenue<br>Van Nuys, CA 91406 | $ | 22,978 |
| 8 | Blue Shield of California<br>File 55331<br>Los Angeles, CA 90074-5331 | $ | 11,878 |
| 9 | City National Bank<br>Accured Interest Payable<br>Account #607983 | $ | 22,413 |
| 10 | Compu Lit, Inc.<br>4460 44th Street SE, Suite D<br>Grand Rapids, MI 49512 | $ | 9,912 |
| 11 | Edward White & Co., LLP<br>21700 Oxnard Street, Suite 400<br>Woodland Hills, CA 91367 | $ | 173,823 |
| 12 | Gardere, Wayne, Sewell & Riggs, LLP<br>1000 Louisiana, Suite 3400<br>Houston, TX 77002-5007 | $ | 58,849 |
| 13 | Gibson, Dunn & Crutcher LLP<br>2029 Century Park East, Suite 400<br>Los Angeles, CA 90067-3026 | $ | 14,089 |
| 14 | H.E. Warner PC<br>3527 Deerbrook Drive<br>Kingwood, TX 77339-2632 | $ | 34,091 |
| 15 | Jeffer, Mangels, Butler & Marmaro, LLP<br>2121 Avenue of the Stars, 10th Floor<br>Los Angeles, CA 90067 | $ | 1,248 |
| 16 | Brobeck, Phleger & Harrison, LLP<br>555 South Hope Street<br>Los Angeles, CA 90071 | $ | 16,858 |

DOJ-000142

Exhibit 8 - Page 33

## SCHEDULE K-1
## DEBTS OF DECEDENT

| | Description | | Date of Death Value |
|---|---|---|---|
| 17 | Helinet Aviation Services<br>16425 Hart Street, Hangar #2<br>Van Nuys, CA 91406 | $ | 12,991 |
| 18 | Musick, Peeler & Garrett LLP<br>One Wilshire Boulevard, Suite 2000<br>Los Angeles, CA 90017-3383 | $ | 96,674 |
| 19 | Spence & Kerdasha, Inc.<br>P.O. Box 15268<br>6605 Abercon St., Suite 208<br>Savannah, GA 31416 | $ | 7,379 |
| 20 | The Experienced Homecare Registry, Inc.<br>707 Escondido Ave. #202<br>Vista, CA 92084 | $ | 5,424 |
| 21 | The Quarry at La Quinta<br>HomeOwners Association, Inc.<br>41-865 Boardwalk, Suite 214<br>Palm Desert, CA 92211 | $ | 4,700 |
| 22 | Churchill Downs, Inc.<br>700 Central Avenue<br>Louisville, KY 40208 | $ | 8,350 |
| 23 | Don Gross Horse-Transportation, Inc.<br>P.O. Box 1476<br>New Albany, IN 47151-1576 | $ | 3,200 |
| 24 | Equine Medical & Surgical Group<br>P.O. Box 661956<br>Arcadia, CA 91066 | $ | 19,217 |
| 25 | Lanes End<br>Will Farish<br>1500 Midway Road<br>P.O. Box 626<br>Versailles, KY 40383 | $ | 9,775 |

DOJ-000143

Exhibit 8 - Page 34

### SCHEDULE K-1
### DEBTS OF DECEDENT

| | Description | | Date of Death Value |
|---|---|---|---|
| 26 | Mott Thoroughbred Stable 158 Brompton Road Garden City, NJ 11530 | $ | 37,796 |
| 27 | Peterson & Smith Equine Hospital 4747 SW 60th Avenue Ocala, FL 34474 | $ | 6,386 |
| 28 | Skara Glen Stables 1051 Brinton Road Pittsburgh, PA 15221-4599 | $ | 9,775 |
| 29 | Western Saddlery, Inc. P.O. Box 11206 Pleasanton, CA 94588 | $ | 5,125 |
| 30 | Angel's Feed, Inc. P.O. Box 5058 4518 Rowland Avenue El Monte, CA 91734 | $ | 35,755 |
| 31 | 505 Farm 2651 Russell Cave Road Lexingon, KY 40383 | $ | 26,833 |
| 32 | Diamond A Farms 6274 Steele Pike Versailles, KY 40383 | $ | 42,906 |
| 33 | Elizabeth Station 1180 Hume Bedford Rd. Paris, KY 40361 | $ | 10,824 |
| 34 | Rood & Riddle Equine Hosptial P.O. Box 12070 Lexington, KY 40580 | $ | 10,198 |
| 35 | Stoll, Keenon & Park, LLP 201 East Main Street, Suite 1000 Lexington, KY 40507-1380 | $ | 4,854 |

DOJ-000144

Exhibit 8 - Page 35

## SCHEDULE K-1
## DEBTS OF DECEDENT

| | Description | | Date of Death Value |
|---|---|---|---|
| 36 | Wimbeldon Fund<br>1725 Walnut Hill Road<br>Lexington, KY 40515 | $ | 6,241 |
| 37 | Miscellaneous Debts (Under $3,000 each)<br><br>*List attached as Exhibit 41* | $ | 142,419 |
| 38 | Access Direct Group<br>1292 W. San Marcos Blvd. #120<br>San Marcos, CA 92069<br><br>*Copy of Creditor's Claim filed 11/13/00 attached as Exhibit 42* | $ | 234 |
| 39 | American Marine Int.<br>Richard C. Breeden, Trustee<br>The Bennett Funding Group, Inc.<br>Two Clinton Square<br>Syracuse, NY 13202<br><br>*Copy of Creditor's Claim filed 12/28/00 and Statement of Value attached as Exhibit 43; Settled* | $ | 9,000,000 |
| 40 | Benny M. Barton<br>c/o Jack G. Chaney, Esq.<br>Luce, Forward, Hamilton & Scripps LLP<br>600 West Broadway, Suite 2600<br>San Diego, CA 92101<br><br>*Copy of Creditor's Claim filed 11/13/00 attached as Exhibit 44* | $ | 62,959 |
| 41 | Calgard Associates, Inc.<br>303 N. San Dimas Avenue<br>San Dimas, CA 91773<br><br>*Copy of Creditor's Claim filed 11/13/00 attached as Exhibit 45* | $ | 6,092 |

Exhibit 8 - Page 36

## SCHEDULE K-1
## DEBTS OF DECEDENT

| | Description | | Date of Death Value |
|---|---|---|---|
| 42 | Loan to Shareholder (Allen E. Paulson) by Del Mar Country Club, Inc. Receivable included in value of Del Mar Country Club, Inc., see Schedule B, Item 5. | $ | 15,503,016 |
| | See Appraisal of Del Mar Country Club attached as Exhibit 16 | | |
| 43 | Loan to Shareholder (Allen E. Paulson) by Del Mar Country Club, Inc. of funds borrowed from:<br>California Bank & Trust<br>11622 El Camino Real, Suite 200<br>San Diego, CA 92130 | $ | 7,500,000 |
| | Copy of Creditor's Claim filed by California Bank & Trust filed 11/13/01 attached as Exhibit 46 | | |
| 44 | Contingent claim against Allen E. Paulson on Personal Guarantee of amount loaned to Gold River Hotel & Casino Corporation by Credit Suisse First Boston<br>Legal and Compliance Department<br>11 Madison Avenue<br>New York, New York 10010 | $ | 0 |
| | Copy of Creditor's Claim filed by Credit Suisse First Boston filed 02/28/01 attached as Exhibit 47 | | |
| 45 | Dixieline Lumber Company<br>c/o Lambert & Rogers APLC<br>359 West Madison Avenue #100<br>El Cajon, CA 92020 | $ | 13,061 |
| | Copy of Creditor's Claim filed 11/13/00 attached as Exhibit 48 | | |
| 46 | Note payable to Allen Leasing & Financial Corp. - Allen E. Paulson, debtor. Receivable included in value of Allen Leasing & Financial Corp. (See Schedule B, Item 6.) | $ | 25,861,084 |
| | Accrued Interest | $ | 1,135,000 |
| | See Appraisal of Allen Leasing & Financial Corp. attached as Exhibit 17 | | |

Schedule K-1
DOJ-000146

Exhibit 8 - Page 37

### SCHEDULE K-1
### DEBTS OF DECEDENT

| | Description | | Date of Death Value |
|---|---|---|---|
| 47 | Note payable to Allen Leasing & Financial Corp. - Allen E. Paulson, dba Brookside West | $ | 235,000 |
| | See *Appraisal of Allen Leasing & Financial Corp. attached as Exhibit 17* | | |
| 48 | Claim against Allen E. Paulson on signed Pledge Agreement by Georgia Southern University Foundation Stephen A. Bond, Esq. Duckor Spaulding & Metzger 401 West A Street #2400 San Diego, CA 92101 | $ | 7,500,000 |
| | *Copy of Creditor's Claim filed 12/18/00 attached as Exhibit 49* | | |
| 49 | Claim against Allen E. Paulson regarding purchase of company formerly known as Helionetics, Inc. c/o Roberts & Assoc. 1841 Yorba Street #100 Tustin, CA 92780 | $ | 3,855,500 |
| | *Copy of Creditor's Claim filed 12/29/00 attached as Exhibit 50. See also Statement of Value attached as Exhibit 31.* | | |

Exhibit 8 - Page 38

## SCHEDULE K-1
## DEBTS OF DECEDENT

| | Description | | Date of Death Value |
|---|---|---|---|
| 51 | Madeleine Paulson<br>c/o Paul Frimmer, Esq.<br>Irell & Manella LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276 | $ | 1,560,377 |
| | *Copy of Creditor's Claim filed 12/15/00 attached as Exhibit 53* | | |
| 52 | Claim against Allen E. Paulson for support by former spouse<br>Mary Lou Paulson<br>c/o Theodore G. Gregman<br>16311 Ventura Blvd., Suite 990<br>Encino, CA 91436-2124 | $ | 578,000 |
| | *Copy of Creditor's Claim filed 2/7/01 attached as Exhibit 54* | | |
| 53 | Medical Group of North County, Inc.<br>910 Sycamore Avenue, #102<br>Vista, CA 92083 | $ | 30 |
| | *Copy of Creditor's Claim filed 11/13/00 attached as Exhibit 55* | | |
| 54 | Claim against Allen E. Paulson for compensation<br>for services related to Carlo Corporation by<br>Moran, Seymour & Assoc., Inc.<br>c/o Eric D. Wooten, Esq.<br>Dickinson, Ros, Wooten & Samson PLLC<br>2301 14th Street, Suite 600<br>Gulfport, MS 39501 | $ | 595,223 |
| | *Copy of Creditor's Claim attached as Exhibit 56* | | |
| 55 | Claim against Allen E. Paulson<br>for breach of duty by<br>Rand Energy Company<br>7730 Pinemont<br>Houston, TX 77040 | $ | 7,500,000 |
| | *Copy of Creditor's Claim filed 11/09/00 attached<br>as Exhibit 57; Settled.* | | |

DOJ-000148

Exhibit 8 - Page 39

## SCHEDULE K-1
### DEBTS OF DECEDENT

| | Description | | Date of Death Value |
|---|---|---|---|
| 56 | Claim against Allen E. Paulson for breach of contract by Jeff Rand c/o Burkhardt & Larson, Attys 6002 El Tordo P.O. Box 1369 Rancho Santa Fe, CA 92067 | $ | 2,343,750 |
| | *Copy of Creditor's Claim filed 11/09/00 attached as Exhibit 58* | | |
| 57 | Claim against Allen E. Paulson for money due and owing by Ronald C. Waranch c/o Daniel J. Kessler, Esq. Cadden, Fuller, Burkhalter & Michaels LLP 2030 Main St., #1500 Irvine, CA 92614 | $ | 15,000 |
| | *Copy of Creditor's Claim filed 12/8/00 attached as Exhibit 59* | | |
| 58 | Sand Piper Yachts, Inc. Sands Harbor Marina 101 N. Riverside Dr., #123 Pompano Beach, FL 33062 | $ | 200,000 |
| | *Copy of Creditor's Claim filed 12/29/00 and 1/2/01 attached as Exhibit 60. See also Statement of Value attached as part of Exhibit 43.* | | |
| 59 | Claims against Allen E. Paulson for breach of contract related to R & E Gaming by Full House Resorts, Inc. c/o Sihrli Fabbri Weiss, Esq. Gray Cary Ware & Freidenrich LLP 401 B. Street, Suite 1700 San Diego, CA 92101-4297 | $ | 25,000 |
| | *Copy of Contingent Creditor's Claim filed 11/8/00 attached as Exhibit 61; Settled.* | | |

Exhibit 8 - Page 40

ES. .ATE OF ALLEN E. PAULSON, DECEAS..
SS# ▮▮▮▮ 3044
DOD: 7/19/00
FORM 706

## SCHEDULE K-1
## DEBTS OF DECEDENT

| | Description | | Date of Death Value | |
|---|---|---|---|---|
| 60 | Loan to Shareholder (Allen E. Paulson) by Del Mar Country Club Estates, Inc. Receivable included in value of Del Mar Country Club Estates, Inc., see Schedule B, Item 11. | | $ | 8,744,142 |
| | *Copy of Del Mar Country Club Estates' 2000 Form 1120S attached as Exhibit 62* | | | |
| 61 | Turf Partners 10730 Thornmint Road San Diego, CA 92127 | | $ | 75 |
| | *Copy of Creditor's Claim dated 11/16/00 attached as Exhibit 63* | | | |
| 62 | Claim against Allen E. Paulson for recovery of two (2) horses by Twin Spires, Inc. David Lambert 667 Lansing Lane Midway, KY 40347 | | $ | 10,000 |
| | *Copy of Creditor's Claim dated 01/12/01 attached as Exhibit 64* | | | |
| 63 | Claim by UC San Diego based on alleged pledge by Decedent of 1,000,000 shares of CardioDynamics International Corp. | | | 3,080,931 |
| | *See Appraisal of CardioDynamics International Corp. attached as Exhbit 13* | | | |
| 64 | Management of Horse Business Debt existing at date of death | | | |
| | Equine mortality insurance | | $ | 1,408,471 |
| | Breeding fees | | $ | 348 |
| | | Total | $ | 106,209,019 |

346401_5.xls

11

Schedule K-1

DOJ-000150

Exhibit 8 - Page 41

## SCHEDULE K-2 - MORTGAGES LIENS

| | Description | | Date of Death Value |
|---|---|---|---|
| 1 | City National Bank<br>400 N. Roxbury Drive, Beverly Hills, CA 90210<br>Revolving line of credit up to $15 million; Account No. [  ]4383; interest at 9% per<br>annum; secured by real estate located at 14497 Emerald Lane, Rancho Santa Fe,<br>CA 92067, listed on Schedule A, Item 1, and real estate located at 31257 Via<br>Maria Elena, Bonsall, CA 92003-5408, listed on Schedule A, Item 5. | | $ 7,625,000 |
| | *Statement of Balance Due attached as Exhibit 65* | | |
| | | Accrued interest | $ 40,694 |
| 2 | City National Bank<br>P.O. Box 60938<br>Los Angeles, CA 90060-0938<br>Original mortgage loan amount $1,440,000; interest at 7.5%; Secured by improved<br>real property located at 22614 Ocean Front, Del Mar and listed on Schedule A,<br>Item 2. | | $ 1,404,857 |
| | *Statement of Balance Due attached as Exhibit 66* | | |
| | | Accrued interest | $ 5,268 |
| 3 | California Bank & Trust<br>402 West Broadway, San Diego, CA 92101<br>Current principal balance - $10,000,000; account [  ]0064;<br>Note No. 0001C; interest at 10%; maturity date: 11/15/01; Secured by<br>Decedent's stock of CardioDynamics International, listed on Schedule B, Item 1,<br>Decedent's Second Trust Deed on real property owned by Gold River Hotel &<br>Casino, listed on Schedule B, Item 7, and a Second Trust Deed on real estate<br>owned by Del Mar Country Club, listed on Schedule B, Item 5 | | $ 10,000,000 |
| | *Copy of Creditor's Claim filed 11/15/00 attached as Exhibit 67* | | |
| | | Accrued interest | $ 52,778 |

Exhibit 8 - Page 42



ESTATE OF ALLEN E. PAULSON, DECEASED
SS# █████ 3044
DOD: 7/19/00
FORM 706

## SCHEDULE K-2 - MORTGAGES LIENS

| | Description | | Date of Death Value |
|---|---|---|---|
| 4 | Bank One Kentucky, N.A.<br>P.O. Box 32545<br>Louisville, KY 40232<br>Commercial Loan - Line of Credit<br>Customer # █████ 3129, interest at 9%; Secured by horses listed on Schedule F, Item 9<br><br>*Statement of Balance Due attached as Exhibit 68* | $ | 13,805,512 |
| | | Accrued Interest | $ | 58,490 |
| 5 | Real estate taxes for entire Year 2000 on Emerald Lane residence, Schedule A, Item 1. | $ | 30,538 |
| 6 | Real estate taxes for entire Year 2000 on Del Mar residence, Schedule A, Item 2. | $ | 19,263 |
| 7 | Real estate taxes for entire Year 2000 on Biloxi parcel, Schedule A, Item 3. | $ | 31,758 |
| 8 | Real estate taxes for entire Year 2000 on San Mateo lot, Schedule A, Item 4. | $ | 8,996 |
| 9 | Real estate taxes for entire Year 2000 on Bonsall property, Schedule A, Item 5. | $ | 121,867 |
| | | | $ 33,205,021 |

Estate of: ALLEN E. PAULSON 3044

## SCHEDULE L -- Net Losses During Administration and Expenses Incurred in Administering Property Not Subject to Claims

| Item no. | Net losses during administration<br>(Note: Do not deduct losses claimed on a Federal income tax return) | Amount |
|---|---|---|
| | None | |
| | Total from continuation schedules (or additional sheets) attached to this schedule............................ | 0.00 |
| | TOTAL. (Also enter on Part 5, Recapitulation, page 3, at item 18.)........................................ | 0.00 |

| Item no. | Expenses incurred in administering property not subject to claims<br>(Indicate whether estimated, agreed upon, or paid.) | Amount |
|---|---|---|
| 1 | See Schedule Attached | 28,916,809.00 |
| | Total from continuation schedules (or additional sheets) attached to this schedule............................ | 0.00 |
| | TOTAL. (Also enter on Part 5, Recapitulation, page 3, at item 18.)........................................ | 28,916,809.00 |

(If more space is needed, attach the continuation schedule from the end of this package or additional sheets of the same size.)

**Schedule L — Page 26**

(The instructions to Schedule L are in the separate instructions.)

CAA 9 70SL1 NTF 22076
Copyright 1999 Greatland/Nelco LP – Forms Software Only

DOJ-000153

Exhibit 8 - Page 44

## SCHEDULE L-2 - EXPENSES OF ADMINISTRATION NOT SUBJECT TO CLAIMS

| | Description | | | Date of Death Value |
|---|---|---|---|---|
| 1 | Trustee's fees | | $ | 3,113,088 |
| 2 | Attorneys fees | | $ | 7,574,267 |
| 3 | Accountant fees | | $ | 1,512,222 |
| 4 | Appraisal Fees | | $ | 136,868 |
| 5 | Consulting Fees | | $ | 377,342 |
| 6 | Insurance (E&O) | | $ | 700,000 |
| 7 | Travel Expense | | $ | 145,077 |
| 8 | Management and Other Expense *Per Schedule Attached as Exhibit 69* | | $ | 1,356,161 |
| 9 | Management of Horse Business - post death | | | |
| | Equine mortality insurance | $ 1,590,672 | | |
| | Breeding Fees | $ 2,971,148 | | |
| | | | $ | 4,561,820 |
| 10 | Real estate taxes on real property - post death | | | |
| a | Emerald Lane, Rancho Santa Fe, California | $ 42,148 | | |
| b | Ocean Front, Del Mar, California | $ 34,072 | | |
| c | Biloxi, Mississippi | $ 7,996 | | |
| d | San Mateo, California | $ 14,778 | | |
| | | | $ | 98,994 |
| 11 | Post death interest expense on amounts borrowed to continue to run business | | | |
| a | City National Bank line of credit | $ 646,223 | | |
| b | California Bank & Trust line of credit | $ 1,649,171 | | |
| c | Bank One Kentucky line of credit | $ 506,625 | | |
| | | | $ | 2,802,019 |

DOJ-000154
Schedule L-2

Exhibit 8 - Page 45

ESTATE OF ALLEN E. PAULSON, DECEASED
SS# [redacted]3044
DOD: 7/19/00
FORM 706

## SCHEDULE L-2 - EXPENSES OF ADMINISTRATION NOT SUBJECT TO CLAIMS

| | Description | | | Date of Death Value | |
|---|---|---|---|---|---|
| 12 | Post death expenses in maintaining real properties | | | | |
| a | Emerald Lane, Rancho Santa Fe, California | $ | 465,095 | | |
| b | Ocean Front, Del Mar, California | $ | 335,544 | | |
| c | Biloxi, Mississippi | $ | 46,000 | | |
| d | San Mateo, California | $ | 28,000 | | |
| | | | | $ 874,639 | ✓ |
| 13 | Selling Expenses, Bonsall property, Schedule A, Item 5. | | | $ 295,338 | ✓ |
| 14 | Interest on Deferred Payment of Federal Estate Tax | | | $ 0 | |
| 15 | Interest on Deferred Payment of State Estate Tax - CA | | | $ 18,974 | ✓ |
| 16 | Expenses incurred in preserving the value of Trust's investment in Gold River Hotel & Casino, Inc. | | | $ 5,350,000 | ✓ |
| | | | | $ 26,916,809 | |

DOJ-000155

Exhibit 8 - Page 46

## SCHEDULE L-2 - EXPENSES OF ADMINISTRATION NOT SUBJECT TO CLAIMS

| | Description | | | Date of Death Value |
|---|---|---|---|---|
| 12 | Post death expenses in maintaining real properties | | | |
| a | Emerald Lane, Rancho Santa Fe, California | $ | 465,095 | |
| b | Ocean Front, Del Mar, California | $ | 335,544 | |
| c | Biloxi, Mississippi | $ | 46,000 | |
| d | San Mateo, California | $ | 28,000 | |
| | | | | $ 874,639 |
| 13 | Selling Expenses, Bonsall property, Schedule A, Item 5. | | | $ 295,338 |
| 14 | Interest on Deferred Payment of Federal Estate Tax | | | $ 0 |
| 15 | Interest on Deferred Payment of State Estate Tax – CA | | | $ 18,974 |
| 16 | Expenses incurred in preserving the value of Trust's investment in Gold River Hotel & Casino, Inc. | | | $ 5,350,000 |
| | | | | $ 28,916,809 |

Exhibit 8 - Page 47

Estate of: ALLEN E. PAULSON

3044

## SCHEDULE M -- Bequests, etc., to Surviving Spouse

**Election To Deduct Qualified Terminable Interest Property Under Section 2056(b)(7).** If a trust (or other property) meets the requirements of qualified terminable interest property under section 2056(b)(7), and

  a. The trust or other property is listed on Schedule M, and

  b. The value of the trust (or other property) is entered in whole or in part as a deduction on Schedule M,

then unless the executor specifically identifies the trust (all or a fractional portion or percentage) or other property to be excluded from the election, the executor shall be deemed to have made an election to have such trust (or other property) treated as qualified terminable interest property under section 2056(b)(7).

  If less than the entire value of the trust (or other property) that the executor has included in the gross estate is entered as a deduction on Schedule M, the executor shall be considered to have made an election only as to a fraction of the trust (or other property). The numerator of this fraction is equal to the amount of the trust (or other property) deducted on Schedule M. The denominator is equal to the total value of the trust (or other property).

**Election To Deduct Qualified Domestic Trust Property Under Section 2056A.** If a trust meets the requirements of a qualified domestic trust under section 2056A(a) and this return is filed no later than 1 year after the time prescribed by law (including extensions) for filing the return, and

  a. The entire value of a trust or trust property is listed on Schedule M, and

  b. The entire value of the trust or trust property is entered as a deduction on Schedule M,

then unless the executor specifically identifies the trust to be excluded from the election, the executor shall be deemed to have made an election to have the entire trust treated as qualified domestic trust property.

| | | Yes | No |
|---|---|---|---|
| 1 | Did any property pass to the surviving spouse as a result of a qualified disclaimer? ............................ **1** | | |
| | If "Yes," attach a copy of the written disclaimer required by section 2518(b). | | |
| **2a** | In what country was the surviving spouse born? _____ | | |
| **b** | What is the surviving spouse's date of birth? _____ | | |
| **c** | Is the surviving spouse a U.S. citizen? ............................................. **2c** | | |
| **d** | If the surviving spouse is a naturalized citizen, when did the surviving spouse acquire citizenship? _____ | | |
| **e** | If the surviving spouse is not a U.S. citizen, of what country is the surviving spouse a citizen? _____ | | |
| **3** | **Election Out of QTIP Treatment of Annuities** — Do you elect under section 2056(b)(7)(C)(ii) not to treat as qualified terminable interest property any joint and survivor annuities that are included in the gross estate and would otherwise be treated as qualified terminable interest property under section 2056(b)(7)(C)? (see instructions)..................... **3** | | X |

| Item no. | Description of property interests passing to surviving spouse | Amount |
|---|---|---|
| 1 | See Schedule Attached | 9,917,923.00 |
| | | |
| | Total from continuation schedules (or additional sheets) attached to this schedule ......................... | 0.00 |
| 4 | Total amount of property interests listed on Schedule M.......................................... **4** | 9,917,923.00 |

| | | | | |
|---|---|---|---|---|
| **5a** | Federal estate taxes payable out of property interests listed on Schedule M ...... | **5a** | 0.00 | |
| **b** | Other death taxes payable out of property interests listed on Schedule M ........ | **5b** | 0.00 | |
| **c** | Federal and state GST taxes payable out of property interests listed on Schedule M ............................................................... | **5c** | 0.00 | |
| **d** | Add items 5a, b, and c......................................................... | **5d** | | 0.00 |
| **6** | Net amount of property interests listed on Schedule M (subtract 5d from 4). Also enter on Part 5, Recapitulation, page 3, at item 20 .................................................. | **6** | | 9,917,923.00 |

(If more space is needed, attach the continuation schedule from the end of this package or additional sheets of the same size.)

(See the instructions on page 28.)

CAA  9  70SM1  NTF 22077

Copyright 1999 Greatland/Nelco LP - Forms Software Only

Schedule M — Page 27
DOJ-000157

Exhibit 8 - Page 48

## SCHEDULE M - BEQUESTS TO SURVIVING SPOUSE

| Item No. | Description of Property Passing to Surviving Spouse | Amount | Amount |
|---|---|---|---|
| 1 | Schedule A, Item 1 - Gift of Emerald Lane Residence to Marital Trust [QTIP] under Article III, Paragraph 2.a. of Allen E. Paulson Living Trust | $ 8,500,000 | |
| | Less: Encumbrances and Liens, including liens for real property taxes — On date of death, Line of Credit issued by City National Bank was secured by deed of trust on Emerald Lane residence and one other property; each property could be released from security obligation upon payment of a specified release amount; reduction applied is release amount; marital deduction claim may be increased in the event determination is made that reduction should be less. | $ -5,700,000 | |
| | Net amount | | $ 2,800,000 |
| 2 | Schedule A, Item 2 - Gift of Del Mar beach house, outright | | $ 3,500,000 |
| 3 | Schedule F, Item 4a — Gift of Tangible Personal Property, outright | | $ 644,425 |
| 4 | Schedule F, Item 4b — Gift of Tangible Personal Property, outright | | $ 1,076,700 |
| 5 | Schedule F, Item 4c — Gift of Tangible Personal Property, outright | | $ 253,095 |
| 6 | Schedule F, Item 4d — Gift of Tangible Personal Property, outright | | $ 812,500 |
| 7 | Schedule F, Item 4e — Gift of Tangible Personal Property, outright | | $ 8,875 |
| 8 | Schedule F, Item 4f — Gift of Tangible Personal Property, outright | | $ 85,950 |
| 9 | Schedule F, Item 5a* — Gift of Tangible Personal Property, outright | | $ 241,850 |
| 10 | Schedule F, Item 5b* — Gift of Tangible Personal Property, outright | | $ 300,000 |
| 11 | Schedule F, Item 6a — Gift of Tangible Personal Property, outright | | $ 3,275 |
| 12 | Schedule F, Item 8a* — Gift of Tangible Personal Property, outright | | $ 117,000 |
| 13 | Marital Trust [QTIP ] - Gift under Article IV, Paragraph A, of amount equal to 25% of trust principal after reduction for all specific gifts made pursuant to Article III, all debts, obligations and expenses of administration chargeable against the trust estate and all estate taxes chargeable against the gift made under Article III, Paragraph C.10, determined on a pro rata basis. | | $ 74,253 |
| * | Marital deduction claim made pending resolution of ownership and distribution entitlement issues. | | |
| | Total | | $ 9,917,923 |

Schedule M

DOJ-000158

Exhibit 8 - Page 49